STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. CHARLES SCHARFSTEIN, DEFENDANT-RESPONDENT.

See same case below: 79 *N. J. Super.* 236.

*Mr. Brendan T. Byrne* and *Mr. Peter Murray* for the petitioner.

*Mr. Thomas E. Durkin* for the respondent.

September 30, 1963.   Granted.